# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK ALLEN

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS AND LT. FREDA
GEE

NO.   2023 CW 0733

**SEPTEMBER 25, 2023**

---

In Re:   Derrick Allen, applying for supervisory writs, 20th
         Judicial District Court, Parish of West Feliciana, No.
         23693.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED AS MOOT.**   The district court ruled on the
motion to compel discovery filed by relator, Derrick Jerome
Allen, on July 31, 2023.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

a. Sↄↄↄ

---
DEPUTY CLERK OF COURT
FOR THE COURT